ACCEPTED
02-17-00194-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 10:32 AM
DEBRA SPISAK
CLERK

# FACTOR & CAMPBELL, L.L.P.
## ATTORNEYS AT LAW

ABE FACTOR
BOARD CERTIFIED, CRIMINAL LAW

KIM CAMPBELL

6211 AIRPORT FREEWAY
FORT WORTH, TEXAS 76117

TELEPHONE (817) 222-3333

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 10:32:50 AM
DEBRA SPISAK
Clerk

December 11, 2017

*Via CM / RRR # 7016 0910 0001 3035 3128*

Millicent Renee Wilson
TDCJ # 02137754
Marlin Unit
2893 State Highway 6
Marlin, TX 76661-6588

Re: *Millicent Renee Wilson v. The State of Texas*
Appellate Court Cause No. 02-17-00194-CR

Dear Ms. Wilson:

As you are aware, I was appointed by the trial court to represent you on your appeal in the above-listed case. After reviewing the papers on file and records of the various proceedings in the trial court, I have determined that there are no arguable grounds for appeal in your case.

Therefore, I have filed with the Second Court of Appeals a *Motion to Withdraw from Frivolous Appeal* in your case, which is enclosed for your review. I have also filed a *Brief in Support of Motion to Withdraw* which is likewise included.

You do however, have the right to file you own pro se response or appeal brief if you so desire. The Court of Appeals will inform you of the deadline to file your brief. You also have the right to review the Clerk's Record and the Reporter's Record from your case in order to determine what points you wish to raise on appeal, at no cost to yourself. Pursuant to that right, I have included with this letter a form *Motion for Pro Se Access to the Appellate Record* which only needs the date and your signature before sending it to the Second Court of Appeals; the Court's address in shown on the face of the motion.

Finally, if your conviction is affirmed by the Second Court of Appeals, you have the right to file a Petition for Discretionary Review to the Court of Criminal

Appeals.  Generally, such a Petition must be filed within 30 days of the date the Second Court of Appeals hands down its Opinion.

Sincerely,

Kimberley Campbell

enclosures
KC/tb

cc:    Second Court of Appeals
       401 West Belknap, Suite 9000
       Fort Worth, Texas 76196

**Return to:**
Second Court of Appeals
401 West Belknap, Suite 9000
Fort Worth, Texas 76196-0211

## NO. 02-17-00194-CR

| | | |
|---|---|---|
| **MILLICENT RENEE WILSON** | § | COURT OF APPEALS |
| V. | § | 2nd  DISTRICT |
| **The State of Texas** | § | FORT WORTH, TEXAS |

### <u>Pro se Motion for Access to Appellate Record</u>

**To the Honorable Justices of Said Court:**

On December 11, 2017, appellant's appointed counsel filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Millicent Renee Wilson, appellant, moves this court to provide him access to a copy of the appellate record including the clerk's record and the court reporter's record.

Appellant requests an extension of time of 30 days from the date he receives the appellate record to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

_____

Pro se Appellant


## **CERTIFICATE OF SERVICE**

This is to certify that on _____, a true and correct copy of the above and foregoing document was served by mail on the Tarrant County District Attorney's Office at the following address:

Debra Windsor
Tarrant Co. District Atty's Office
401 West Belknap
Fort Worth, Texas 76196